

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

| | |
|---|---|
| Titan Oil & Gas Consultants, LLC, Appellant | Appeal from the County Court at Law No. 2 of Gregg County, Texas (Tr. Ct. No. 2019-979-CCL2). Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Stevens participating. |
| No. 06-20-00026-CV    v. | |
| David W. Willis and RigUp, Inc., Appellees | |

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We further order that the appellant, Titan Oil & Gas Consultants, LLC, pay all costs incurred by reason of this appeal.

RENDERED NOVEMBER 24, 2020
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk